UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE ALLISON V. CHILDS
Larry Ealy, Power of Attorney,

    Petitioner,

vs.

SHERIFF ROB STRECK,

    Respondent.

Case No. 3:22-cv-259

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 6); (2) DISMISSING THIS CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE; AND (3) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Caroline H. Gentry (Doc. No. 6), to whom this case was referred pursuant to 28 U.S.C. § 636(b).  Noting that no objections have been filed and that the time for filing objections under Fed. R. Civ. P. 72(b) has expired, it is hereby **ORDERED** that: (1) the Report and Recommendation (Doc. No. 6) is **ADOPTED** in full; (2) this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P 41(b) for failure to prosecute; and (3) this case is **TERMINATED** on the Court's docket.

    **IT IS SO ORDERED.**

    May 16, 2023                                                                      s/Michael J. Newman
                                                                                                             Hon. Michael J. Newman
                                                                                                             United States District Judge